

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00058-CR

| | | |
|---|---|---|
| The State of Texas | § | From the 396th District Court |
| | § | of Tarrant County (1162224R) |
| v. | § | June 5, 2014 |
| | § | Opinion by Justice Gardner |
| Stewart Le Richardson | § | (p) |

## JUDGMENT ON REMAND

This appeal is on remand from the Court of Criminal Appeals. This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and remanded for further proceedings consistent with this opinion.

It is further ordered that the State shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Anne Gardner\
　　　Justice Anne Gardner